

Monday, April 4, 2011

No. 11–0231/AR.   U.S. v. William J. Kreutzer, Jr.   CCA 19961044.   The order granting review of March 31, 2011, is rescinded.   Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED WHEN HE DENIED APPELLANT'S MOTION SEEKING ARTICLE 13 SENTENCE CREDIT FOR THE GOVERNMENT'S 278 DAY DELAY IN TRANSFERRING HIM FROM DEATH ROW AFTER THE COURT OF CRIMINAL APPEALS SET ASIDE THE DEATH SENTENCE AND AFFIRMED ONLY THOSE NON–CAPITAL CHARGES TO WHICH APPELLANT PLEADED GUILTY.

Briefs will be filed under Rule 25.